# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00097-CR

**Daniel Mendoza, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BASTROP COUNTY, 21ST JUDICIAL DISTRICT
### NO. 14,205, HONORABLE CHRISTOPHER DARROW DUGGAN, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Daniel Mendoza's counsel has filed a motion to dismiss this appeal and to withdraw from her representation of appellant. Mendoza agreed to the form and substance of the motion with his signature. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.2(a). Counsel's motion to withdraw is granted.

Jeff Rose, Justice

Before Chief Justice Jones, Justices Pemberton and Rose

Dismissed on Appellant's Motion

Filed: April 18, 2012

Do Not Publish